43752A-7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA-WEST PALM BEACH DIVISION

WEST AMERICAN INSURANCE COMPANY, a foreign corporation,

    Plaintiff,

vs.

BOCA RADIOLOGY ASSOCIATES, INC., SUSAN GROSSMAYER, individually and as Personal Representative of THE ESTATE OF THOMAS GROSSMAYER, Deceased and as Parent and Natural Guardian of JUSTIN GROSSMAYER, a minor and SETH GROSSMAYER, a minor, and DONALD WYCKOFF, M.D.,

    Defendants.

_____/

CASE NO. 01-8772-CIV
GOLD/SIMONTON

## NOTICE OF RESOLUTION OF UNDERLYING ACTION

COMES NOW the Defendant, Donald Wyckoff, M.D., and files this Notice of Resolution of Underlying Action and states:

NOTICE is given of the settlement of the underlying action of Susan Grossmayer, individually and as Personal Representative of The Estate of Thomas Grossmayer, Deceased and as Parent and Natural Guardians of Justin Grossmayer, a Minor and Seth Grossmayer, a Minor, Plaintiffs, v. Donald Wyckoff, M.D., Boca Radiology Associates, Inc, David Schwartzwald, M.D., David Schwartzwald, M.D., P.A, Jeffrey L. Stein,

CASE NO. 01-8772-CIV-GOLD/SIMONTON

M.D., Jeffrey L. Stein, M.D, P.A., Marvin L. Stein, M.D., Martin L. Stein, M.D, P.A., Lee M. Katims, M.D., Lee M. Katims, M.D., P.A., and Tenet Health System Hospital, Inc, d/b/a West Boca Medical Center, Richard D. Martello, M.D., Richard D. Martello, M.D., P.A., Richard Beerman, M.D., and Richard Beerman, M.D., P.A., Defendants, Case No. CL 00-2310-AE in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County. The parties are in the process of completing and exchanging settlement documents.

Because of the settlement, it is submitted that there is no need for any emergency resolution of West America's Motion For Summary Judgment.

WE HEREBY CERTIFY that a true copy of the foregoing was mailed this 31st day of July, 2002, to all parties on the attached service list.

> WICKER, SMITH, O'HARA, MCCOY,
> GRAHAM & FORD, P.A.
> Attorney for Defendant,
> Donald Wyckoff, M.D.
> 1 East Broward Blvd.
> South Trust Tower, Suite 500
> P.O. Box 14460
> Ft. Lauderdale, FL 33302
> Phone: (954) 467-6405
> Fax: (954) 760-9353
>
> By: _____
> Shelley H. Leinicke
> Florida Bar No. 230170

CASE NO. 01-8772-CIV-GOLD/SIMONTON

## Service List

W. Lane Neilson, Esq.
Neilson & Associates
1332 West Colonial Drive
P. O. Box 547638
Orlando, FL 32854-7638

Steven G. Schwartz, Esquire
Schwartz & Horwitz, P.A.
3301 N.W. Boca Raton Blvd., Suite 200
Boca Raton, FL 33431

Kelley Gelb, Esquire
Krupnick, Campbell, Malone, et al.
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316