UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 01-8772-CIV-GOLD/SIMONTON

WEST AMERICAN INSURANCE
COMPANY,

      Plaintiff,

vs.

BOCA RADIOLOGY ASSOCIATES,
INC., SUSAN GROSSMAYER, and
DONALD WYCKOFF, M.D.

      Defendants.
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, WEST AMERICAN INSURANCE COMPANY (hereinafter referred to as "WEST AMERICAN"), by and through its undersigned counsel, hereby serves this its Notice to the Court that the above lawsuit has been amicably settled.

The parties stipulate that all claims, demands, and controversies between them have been settled, compromised, and satisfied in full. The parties also stipulate that each party will bear their own costs and attorney fees.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via facsimile and first class U.S. Mail delivery upon **STEVEN G. SCHWARTZ,** Schwartz

1



& Horwitz, 3301 N. Boca Raton Blvd., Suite 200, Boca Raton, Fl 33431, **SCOTT S. LIBERMAN,** Krupnick, Campbell, et al, 700 Southeast Third Avenue, Courthouse Law Plaza, Suite 100, Fort Lauderdale, FL 33316, **SHELLEY LEINICKE,** Wicker, Smith, et al, 1 East Broward Blvd. South Trust Tower, Suite 500, Fort Lauderdale, FL 33302 on this 17th day of October, 2002.

W. Lane Neilson, Esquire
Fla. Bar No. 211753
NEILSON & ASSOCIATES, P.A.
Post Office Box 547638
Orlando, FL 32854
407/843-6514
407/843-0427  Fax
e-mail: lneilson@ntlaw.com
Attorneys for Plaintiff,
WEST AMERICAN